## GILBERT et al. v. HOPKINS.

(Circuit Court of Appeals, Fourth Circuit.   March 11, 1913.)

### No. 1,134.

In Error to the District Court of the United States for the Western District of North Carolina, at Asheville;  James E. Boyd, ·Judge.

Action at law by A. Louisa M. Gilbert and Ida Isabella K. Gilbert, heirs at law of Lyman W. Gilbert, deceased, Mary H. P. Lowe and her husband, Edward Lowe, William E. Bixby, Josiah P. Bixby, Maria S. Hopkins, Frederick G. Sawtelle, Franklin J. Sawtelle, and William E. Sawtelle, heirs at law of W. H. Peet, deceased, against W. R. Hopkins.   Judgment for defendant, and plaintiffs bring error.   Reversed.

James H. Merrimon, of Asheville, N. C., and Marshall W. Bell, of Murphy, N. C. (Thomas S. Rollins and John S. Adams, both of Asheville, N. C., on the briefs), for plaintiffs in error.

C. B. Matthews, of Cincinnati, Ohio, and Theodore F. Davidson and Bourne, Parker & Morrison, all of Asheville, N. C. (W. B. Councill, of Hickory, N. C., and F. A. Sondley, of Asheville, N. C., on the briefs), for defendant in error.

Before GOFF, Circuit Judge, and DAYTON and SMITH, District Judges.

PER CURIAM.   This cause was argued together with No. 1,098, Gilbert et al. v. Hopkins et al., 204 Fed. 196, as resting upon the same facts, and as determined by the same conclusions of law.   It follows that the opinion filed in that case must be taken also as filed in this, and the judgment below in this cause must be reversed, and the cause remanded to the District Court of the United States for the Western District of North Carolina for a new trial, in accordance with such opinion.

Reversed.